# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
LAWRENCE S. BADER
BENJAMIN S. FISCHER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
BRIAN A. JACOBS
JUDITH L. MOGUL
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
DANIEL F. WACHTELL

———

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

(212) 880-9530
cfoti@maglaw.com

May 24, 2018

**Via ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Guzman, et al., v. Thomas T. Hecht, et al.,* 18-cv-03947 (DLC)

Dear Judge Cote:

We write to notify the Court that the parties have entered a stipulation extending defendants' time to answer the Complaint in the above-referenced manner, a copy of which is attached. This stipulation was sent to the Orders and Judgments Clerk earlier today.

Thank you for your attention to this matter.

Very truly yours,

Catherine M. Foti

cc: Counsel for all parties (via ECF)

FRANCISCO GUZMAN, ROSARIO AYALA, MANUEL FLORES DOMINGUEZ, NELY OLMOS FLORES, ERNESTO MEJIA GONZALEZ, ONEIDA TACUBA MEJIA, MARIO ENRIQUE MUÑOZ, GREGORIO PEREZ ORTEGA, PATRICIA PAVIA, ROSA PEREZ, ALICIO RAMOS, MARTIN TORRES REYES, S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M., J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R., J.C.R., F.T.V., AND MAKE THE ROAD NEW YORK;

Plaintiffs,

v.

THOMAS T. HECHT, LEONARD H. HECHT, THOMAS T. HECHT., P.C., AND LUIS GUERRERO;

Defendants.

Civil Action No.: 18-cv-03947

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs, by and through their undersigned attorneys Cleary Gottlieb Steen & Hamilton LLP, the Kathryn O. Greenberg Immigration Justice Clinic at Benjamin N. Cardozo School of Law, and Make the Road New York, defendants Thomas T. Hecht, Leonard H. Hecht, and Thomas T. Hecht, P.C., by and through their undersigned attorneys Morvillo Abramowitz Grand Iason & Anello, P.C., and defendant Luis Guerrero, by and through his undersigned attorney Scott B. Tulman, Esq., that the time for the defendants to move with respect to, answer, or otherwise respond to the Complaint is extended to and including July 9, 2018.

IT IS FURTHER HEREBY STIPULATED AND AGREED that, in the event that any defendants move to dismiss the Complaint, plaintiffs must file any opposition to any motion(s) to dismiss by August 23, 2018, and defendants will file their reply (or replies) to plaintiffs' opposition by September 24, 2018.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the defendants reserve all rights, defenses, and objections they may have, and entry into this stipulation shall not impair, waive, or otherwise affect any such rights, defenses, or objections.

IT IS FURTHER HEREBY STIPULATED AND AGREED, by and among the undersigned, that this stipulation may be executed with facsimile signatures and in counter-parts and that it may be filed without further notice once it is fully executed by the parties.

Dated: New York, New York
       May 24, 2018

By: _____
    Abena Mainoo, Esq.

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000


KATHRYN O. GREENBERG
IMMIGRATION JUSTICE CLINIC
BENJAMIN N. CARDOZO SCHOOL OF
LAW
55 Fifth Avenue
New York, New York 10003
Tel: (212) 790-0433

By: _____
    Robert J. Anello, Esq.

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Tel.: (212) 335-4500

*Attorneys for Defendants Thomas T. Hecht,
Leonard H. Hecht, and Thomas T. Hecht, P.C.*

2

MAKE THE ROAD NEW YORK
301 Grove Street
Brooklyn, New York 11237
Tel: (718) 418-7690

*Attorneys for Plaintiffs*

By: _____
    Scott B. Tulman, Esq.

LAW OFFICES OF SCOTT B. TULMAN &
ASSOCIATES, P.C.
230 Park Avenue, Floor 18
New York, New York  10169
Tel: (212) 867-3600

*Attorneys for Defendant Luis Guerrero*


SO ORDERED:

_____
    Hon. Denise Cote
    United States District Judge

3