UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO GUZMAN, ROSARIO AYALA,
MANUEL FLORES DOMINGUEZ, NELY
OLMOS FLORES, ERNESTO MEJIA
GONZALEZ, ONEIDA TACUBA MEJIA,
MARIO ENRIQUE MUÑOZ, GREGORIO
PEREZ ORTEGA, PATRICIA PAVIA, ROSA
PEREZ, ALICIO RAMOS, MARTIN TORRES
REYES, EDITH DURAN, CATALINA
RODRIGUEZ, SABINO GUERRERO
VICTORIO, LIDA HERNANDEZ
HERNANDEZ, GERARDO VARGAS DIAZ,
GLORIA VALLE VERONICA, JUAN PAUCAR,
S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M.,
J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R.,
J.C.R., F.T.V., AND MAKE THE ROAD NEW
YORK;

                                    Plaintiffs,

        v.

THOMAS T. HECHT AND LEONARD H.
HECHT;

                                    Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.: 18-cv-03947

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants

Thomas T. Hecht and Leonard H. Hecht in the above-captioned action, certifies that he is

admitted to practice before this Court, and requests that copies of all papers be served upon the

undersigned at the address and/or email address set forth below.

Dated:  New York, NY
        September 18, 2018

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:   /s/ Peter R. Dubrowski
       Peter R. Dubrowski

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (phone)
(212) 856-9494 (fax)
pdubrowski@maglaw.com

*Attorney for Defendants Thomas T. Hecht and Leonard H. Hecht*