UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO GUZMAN, ROSARIO AYALA, MANUEL FLORES DOMINGUEZ, NELY OLMOS FLORES, ERNESTO MEJIA GONZALEZ, ONEIDA TACUBA MEJIA, MARIO ENRIQUE MUÑOZ, GREGORIO PEREZ ORTEGA, PATRICIA PAVIA, ROSA PEREZ, ALICIO RAMOS, MARTIN TORRES REYES, EDITH DURAN, CATALINA RODRIGUEZ, SABINO GUERRERO VICTORIO, LIDA HERNANDEZ HERNANDEZ, GERARDO VARGAS DIAZ, GLORIA VALLE VERONICA, JUAN PAUCAR, S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M., J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R., J.C.R., F.T.V.;

                        Plaintiffs,

v.

THOMAS T. HECHT AND LEONARD H. HECHT;

                        Defendants.

Civil Action No.: 18-cv-03947

[PROPOSED] ORDER EXTENDING STAY OF PROCEEDINGS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2019

DENISE COTE, District Judge:

In light of the parties' continued efforts to formalize an agreement in principle to resolve all claims in this matter, it is hereby **ORDERED**:

1. That the stay entered in this matter on October 4, 2019 is hereby extended for an additional twenty-five days, up to and including December 20, 2019;

2. That all pending deadlines are hereby extended for an additional twenty-five days; and

3. That nothing in this Order shall prevent the parties from voluntarily dismissing or discontinuing, or stipulating to the dismissal or discontinuance of, all claims herein.

Dated: November 25, 2019
New York, New York

_____
DENISE COTE
United States District Judge