UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO GUZMAN, ROSARIO AYALA, MANUEL FLORES DOMINGUEZ, NELY OLMOS FLORES, ERNESTO MEJIA GONZALEZ, ONEIDA TACUBA MEJIA, MARIO ENRIQUE MUÑOZ, GREGORIO PEREZ ORTEGA, PATRICIA PAVIA, ROSA PEREZ, ALICIO RAMOS, MARTIN TORRES REYES, EDITH DURAN, CATALINA RODRIGUEZ, SABINO GUERRERO VICTORIO, LIDA HERNANDEZ HERNANDEZ, GERARDO VARGAS DIAZ, GLORIA VALLE VERONICA, JUAN PAUCAR, S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M., J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R., J.C.R., F.T.V.;

                Plaintiffs,

v.

THOMAS T. HECHT AND LEONARD H. HECHT;

                Defendants.

Civil Action No.: 18-cv-03947(DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-27-2020

## [PROPOSED] ORDER

WHEREAS, in the case captioned *Guzman, et al., v. Thomas T. Hecht, et al.*, No. 1:18-cv-03947-DLC, the Plaintiffs filed a complaint against the Defendants in the United States District Court for the Southern District of New York on May 2, 2018 and an amended complaint on August 31, 2018;

WHEREAS, the Parties have agreed to resolve and terminate the dispute between them without further proceedings pursuant to a settlement agreement;

WHEREAS, the settlement agreement and its exhibits are subject to confidentiality provisions and all Parties move that it be filed under seal.

**IT IS HEREBY ORDERED** that:

1. Request for leave to file under seal is **GRANTED**;

2. The confidential settlement agreement and its exhibits shall be filed under seal.

**SO ORDERED.**

Dated: 8/27, 2020
New York, New York

Hon. Robert W. Lehrburger
United States Magistrate Judge