UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO GUZMAN, ROSARIO AYALA, MANUEL FLORES DOMINGUEZ, NELY OLMOS FLORES, ERNESTO MEJIA GONZALEZ, ONEIDA TACUBA MEJIA, MARIO ENRIQUE MUÑOZ, GREGORIO PEREZ ORTEGA, PATRICIA PAVIA, ROSA PEREZ, ALICIO RAMOS, MARTIN TORRES REYES, EDITH DURAN, CATALINA RODRIGUEZ, SABINO GUERRERO VICTORIO, LIDA HERNANDEZ HERNANDEZ, GERARDO VARGAS DIAZ, GLORIA VALLE VERONICA, JUAN PAUCAR, S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M., J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R., J.C.R., F.T.V.;

                Plaintiffs,

v.

THOMAS T. HECHT AND LEONARD H. HECHT;

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2020

Civil Action No.: 18-cv-03947

[PROPOSED] ORDER STAYING PROCEEDINGS

ROBERT W. LEHRBURGER, Magistrate Judge:

In light of the parties' agreement to settle this matter and their work towards executing a settlement agreement, it is hereby **ORDERED**:

1. That proceedings in this matter are stayed for forty-five days from the date of entry of this Order, and all pending deadlines are hereby extended by forty-five days;

2. That nothing in this Order shall prevent the parties from voluntarily dismissing or discontinuing, or stipulating to the dismissal or discontinuance of, all claims herein.

Dated: _____March 1_____, 2020
New York, New York

_____
Hon. Robert W. Lehrburger
United States Magistrate Judge