UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO GUZMAN, ROSARIO AYALA, MANUEL FLORES DOMINGUEZ, NELY OLMOS FLORES, ERNESTO MEJIA GONZALEZ, ONEIDA TACUBA MEJIA, MARIO ENRIQUE MUÑOZ, GREGORIO PEREZ ORTEGA, PATRICIA PAVIA, ROSA PEREZ, ALICIO RAMOS, MARTIN TORRES REYES, EDITH DURAN, CATALINA RODRIGUEZ, SABINO GUERRERO VICTORIO, LIDA HERNANDEZ HERNANDEZ, GERARDO VARGAS DIAZ, GLORIA VALLE VERONICA, JUAN PAUCAR, S.F.C., D.P.C., B.R.E., O.C.F., R.M.F., A.M.M., J.M., M.M., A.M.O., E.G.R., F.T.R., R.M.R., J.C.R., F.T.V.;

        Plaintiffs,

v.

THOMAS T. HECHT AND LEONARD H. HECHT;

        Defendants.

Civil Action No.: 18-cv-03947(DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2020

## [PROPOSED] ORDER

WHEREAS, the Plaintiffs filed a complaint against the Defendants in the United States District Court for the Southern District of New York on May 2, 2018 and an amended complaint on August 31, 2018;

WHEREAS, on February 26, 2020, the parties entered into a settlement agreement;

WHEREAS, the settlement agreement was so ordered on March 20, 2020;

WHEREAS, the settlement agreement is subject to confidentiality provisions and was filed under seal;

1

WHEREAS, the settlement agreement provides that defendants shall file the sworn statements required by Section 8(a) of the settlement agreement under seal.

**IT IS HEREBY ORDERED** that:

1. Request for leave to file under seal is **GRANTED**;

2. The Ex Parte Certification of Leonard H. Hecht shall be filed under seal and not shared with plaintiffs absent a court order.

**SO ORDERED.**

Dated:          July 2, 2020  
             New York, New York

                                                      Hon. Robert W. Lehrburger  
                                                      United States Magistrate Judge